UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J. CARLOS FERGUSON | ) | No. C 06-1619 SBA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | [Dockets No. 43, 44] |
| ROCKWELL HOPP, Does 1 through 10, inclusive | ) | |
| Defendants. | ) | |

On September 12, 2006, Defendant filed a Notice of Motion for Order Substituting Defendant's Attorney [Docket No. 43], stating that Defendant would be substituting himself *pro per* in the place of Robert Gold as attorney for Defendant. Subsequently, Defendant's counsel, Robert H. Gold, filed a Motion to Withdraw as Counsel of Record for Defendant [Docket No. 44]. The Court finds that due notice of the Motion was given to Defendant and to the remaining parties in the action. Having reviewed both Motions and the grounds for the Motions,

IT IS HEREBY ORDERED THAT the Motion for Order Substituting Defendant's Attorney and Motion to Withdraw as Counsel of Record for Defendant are GRANTED. As of the date of service of this order, no further notices, papers or pleadings may be made on Robert H. Gold on behalf of Defendant. As of the date of service of this order, all further notices, papers, or pleadings that may or must be served on Defendant under Rule 5 of the Federal Rules of Civil Procedure must be served on: ROCKWELL HOPP, P.O. Box 620502, Woodside, California, 94602.

1   IT IS SO ORDERED.

4   Dated: 11/1/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge