```
 1  Mark E. Ellis – 127159
    Andrew M. Steinheimer - 200524
 2  ELLIS, COLEMAN, POIRIER,
      LaVOIE & STEINHEIMER, LLP
 3  555 University Avenue, Suite 200
    Sacramento, CA  95825
 4  Telephone:    (916) 283-8820
    Facsimile:    (916) 283-8821
 5
    Attorneys for ROCKWELL HOPP
 6
 7
 8
                    UNITED STATES DISTRICT COURT
 9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  J. CARLOS FERGUSON              CASE NO.: 06-1619 WDB

12       Plaintiff,                 STIPULATION TO CONTINUE
                                    SETTLEMENT CONFERENCE
13  v.
                                    DATE:    FEBRUARY 12, 2007
14  ROCKWELL HOPP                   TIME:    10:00 A.M.

15       Defendant.                 Hon. Judge Maria-Elena James
16
```

- 1 -

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

The undersigned parties hereby stipulate, agree and request that the Court continue the Settlement Conference scheduled for February 12, 2007. The parties request that the Settlement Conference be rescheduled for March 28, 2007 at 10:00 a.m.

The parties reached a tentative settlement and the continuance is requested for all of the parties to finish resolving the details of that settlement.

DATED: February 7, 2007

_____
Aaron Schur
Attorney for Plaintiff J. Carlos Ferguson

DATED: February 7, 2007

_____
Andrew Steinheimer
Attorney for Defendant Rockwell Hopp.

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the Status Conference scheduled for February 12, 2007 is hereby continued to March 28, 2007 at 10:00 a.m.

Dated: February 8, 2007

IT IS SO ORDERED
Judge Maria-Elena James

Hon. Judge Maria-Elena James

- 2 -

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
C:\Documents and Settings\schuras\Local Settings\Temporary Internet Files\OLK5F\Stipulation to Con't Settlement Conference.doc