Mark E. Ellis – 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER,
 LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:    (916) 283-8820
Facsimile:    (916) 283-8821

Attorneys for ROCKWELL HOPP

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. CARLOS FERGUSON | **CASE NO.: 06-1619 WDB** |
|     Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | **DATE:    FEBRUARY 13, 2007** |
| ROCKWELL HOPP | **TIME:    1:00 P.M.** |
|     Defendant. | **Hon. Wayne D. Brazil** |

- 1 -

STIPULATION TO CONTINUE STATUS CONFERENCE

C:\Documents and Settings\schuras\Local Settings\Temporary Internet Files\OLK5F\Stipulation to Con't Status Conference.doc

1  The undersigned parties hereby stipulate, agree and request that the Court continue the Status

2  Conference scheduled for February 13, 2007.  The parties request that the Status Conference be

3  rescheduled for March 6, 2007 at 3:00 p.m.

4  The parties reached a tentative settlement and the continuance is requested for all of the parties

5  to finish resolving the details of that settlement.

6  DATED:  February 7, 2007

7

8  Aaron Schur
   Attorney for Plaintiff J. Carlos Ferguson

9

10 DATED:  February 7, 2007

11

12 Andrew Steinheimer
   Attorney for Defendant Rockwell Hopp.

13

14 Pursuant to the Stipulation of the parties,

15 IT IS ORDERED that the Status Conference scheduled for February 13, 2007 is hereby

16 continued to March 6, 2007 at 3:00 p.m.

17

18 Dated: _____2/8/2007_____ 2007

   /s/ Wayne D. Brazil

   Hon. Wayne D. Brazil

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION TO CONTINUE STATUS CONFERENCE
C:\Documents and Settings\schuras\Local Settings\Temporary Internet Files\OLK5F\Stipulation to Con't Status Conference.doc