Mark E. Ellis – 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER,
 LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 283-8820
Facsimile: (916) 283-8821

Attorneys for ROCKWELL HOPP

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. CARLOS FERGUSON<br><br>    Plaintiff,<br><br>v.<br><br>ROCKWELL HOPP<br><br>    Defendant. | **CASE NO.: 06-1619 WDB**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**DATE:** **March 19, 2007**<br>**TIME:** **1:30 P.M.**<br><br>**Hon. Wayne D. Brazil** |

- 1 -
STIPULATION TO CONTINUE STATUS CONFERENCE

The undersigned parties hereby stipulate, agree and request that the Court continue the Status Conference scheduled for March 19, 2007. The parties request that the Status Conference be rescheduled for May 1, 2007 at 1:30 p.m.

The parties reached a tentative settlement and the continuance is requested for all of the parties to finish resolving the details of that settlement.

DATED: March 16, 2007

                              /s/
                         Adrienne Taclas
                         Attorney for Plaintiff J. Carlos Ferguson

DATED: March 16, 2007

                              /s/
                         Andrew Steinheimer
                         Attorney for Defendant Rockwell Hopp.

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the Status Conference scheduled for March 19, 2007 is hereby continued to May 1, 2007 at 1:30 p.m.

Dated: March 16, 2007             */s/ Wayne D. Brazil*
                                              Hon. Wayne D. Brazil