Mark E. Ellis – 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER,
 LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:   (916) 283-8820
Facsimile:    (916) 283-8821

Attorneys for ROCKWELL HOPP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. CARLOS FERGUSON<br><br>    Plaintiff,<br><br>v.<br><br>ROCKWELL HOPP<br><br>    Defendant. | **CASE NO.: 06-1619 WDB**<br><br>**STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>DATE:   March 28, 2007<br>TIME:   10:00 A.M.<br><br>**Hon. Judge Maria-Elena James** |

- 1 -
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

- 2 -

The undersigned parties hereby stipulate, agree and request that the Court continue the Settlement Conference scheduled for March 28, 2007. The parties request that the Settlement Conference be rescheduled to a date 30 to 60 days in future.

The parties reached a tentative settlement and the continuance is requested for all of the parties to finish resolving the details of that settlement. The parties are making progress towards reaching a resolution of the terms of the settlement and do not believe that a further settlement conference at this time would be helpful.

DATED: March 27, 2007

/s/
Adrienne Taclas
Attorney for Plaintiff J. Carlos Ferguson

DATED: March 27, 2007

/s/
Andrew Steinheimer
Attorney for Defendant Rockwell Hopp.

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the Status Conference scheduled for March 28, 2007 is hereby continued to  Tuesday, June 12,  2007, at  10:00 A.M. .

Dated:  April 2,  2007

Hon. Judge Maria-Elena James