Mark E. Ellis – 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER,
 LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 283-8820
Facsimile: (916) 283-8821

Attorneys for ROCKWELL HOPP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. CARLOS FERGUSON<br><br>    Plaintiff,<br><br>v.<br><br>ROCKWELL HOPP<br><br>    Defendant. | **CASE NO.: 06-1619 WDB**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>**DATE:** May 1, 2007<br>**TIME:** 1:30 P.M.<br><br>**Hon. Wayne D. Brazil** |

- 1 -
STIPULATION TO CONTINUE STATUS CONFERENCE

1  The undersigned parties hereby stipulate, agree and request that the Court continue the Status
2  Conference scheduled for May 1, 2007.  The parties request that the Status Conference be rescheduled
3  to July 12, 2007

4  The parties reached a tentative settlement and the continuance is requested for all of the parties
5  to finish resolving the details of that settlement.

6  DATED: April 27, 2007

            /s/
            Aaron Schur
            Attorney for Plaintiff J. Carlos Ferguson

10 DATED: April 27, 2007

            /s/
            Andrew Steinheimer
            Attorney for Defendant Rockwell Hopp.

14  Pursuant to the Stipulation of the parties,

15  IT IS ORDERED that the Status Conference scheduled for May 1, 2007 is hereby continued to
16  July 12, 2007, at 1:30 p.m.

18  Dated:  4/30/  2007                    _____
                                            Hon. Wayne D. Brazil

- 2 -
STIPULATION TO CONTINUE STATUS CONFERENCE