Mark E. Ellis – 127159
Andrew M. Steinheimer - 200524
ELLIS, COLEMAN, POIRIER,
 LaVOIE & STEINHEIMER, LLP
555 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:   (916) 283-8820
Facsimile:    (916) 283-8821

Attorneys for ROCKWELL HOPP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. CARLOS FERGUSON<br><br>　　　Plaintiff,<br><br>v.<br><br>ROCKWELL HOPP<br><br>　　　Defendant. | **CASE NO.: 06-1619 WDB**<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　JULY 12, 2007<br>TIME:　1:30 P.M.<br><br>Hon. Wayne D. Brazil |

- 1 -
STIPULATION TO CONTINUE STATUS CONFERENCE

1  The undersigned parties hereby stipulate, agree and request that the Court continue the Status
2  Conference scheduled for July 12, 2007. The parties request that the Status Conference be rescheduled
3  for October 25, 2007 at 1:30 p.m.
4  The parties reached a tentative settlement and the continuance is requested for all of the parties
5  to finish resolving the details of that settlement.

DATED: July 5, 2007

_____/s/_____
Aaron Schur
Attorney for Plaintiff J. Carlos Ferguson

DATED: July 5, 2007

_____/s/_____
Andrew Steinheimer
Attorney for Defendant Rockwell Hopp.

Pursuant to the Stipulation of the parties,

IT IS ORDERED that the Status Conference scheduled for July 12, 2007 is hereby continued to October 25, 2007 at 1:30 p.m. *There will be no more continuances.*

Dated: 7-6-2007

Hon. Wayne D. Brazil