BINGHAM McCUTCHEN LLP
BETH H. PARKER (SBN 104773)
AARON SCHUR (SBN 229566)
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: 415.393.2000
Fax: 415.393.2286
beth.parker@bingham.com
aaron.schur@bingham.com

Attorneys for Plaintiff J. Carlos Ferguson


ELLIS, COLEMAN, LA VOIE & STEINHEIMER, LLP
MARK E. ELLIS (SBN 127159)
ANDREW M. STEINHEIMER (SBN 200524)
555 University Ave #200
Sacramento, California 95825
Telephone: 916.283.8820
Fax: 916.283.8821
mellis@ecplslaw.com
asteinheimer@ecplslaw.com

Attorneys for Defendant Rockwell Hopp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. CARLOS FERGUSON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>ROCKWELL HOPP; DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **No. C 06-01619 WDB**<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER RE: CONDITIONAL DISMISSAL OF ACTION** |

　　　　The parties to this action hereby stipulate that a settlement has been reached in the above-captioned action. As part of this settlement, a Consent Decree has been filed with the Court. The executed Settlement Agreement And Release, with appendices, is attached as Exhibit A ("Settlement Agreement").

1. As described in Paragraph 12 of the Settlement Agreement, the Court shall retain jurisdiction over this action until full payment is made by Defendant pursuant to Paragraph 2 of the Settlement Agreement;

2. Within 30 days after Defendant makes full payment pursuant to Paragraph 2 of the Settlement Agreement, Plaintiff shall file a stipulation dismissing this action substantially in the form attached as Exhibit B;

3. Pursuant to Paragraph 4 of the Settlement Agreement, the Court shall retain custody of the painting at issue in this action ("Painting B"). At the time of entry of the Dismissal Order, the Court shall release Painting B, and the canvas strip from Painting B that was received by the Court on July 19, 2007, to Plaintiff's counsel. At that time, pursuant to the terms of Paragraph 4 of the Settlement Agreement, Painting B and the canvas strip shall be destroyed;

4. At all times, the Court shall retain jurisdiction to enforce the terms of the Consent Decree, filed in this action;

5. Pursuant to Paragraph 11 of the Settlement Agreement, if payment is not made by Defendant for any reason whatsoever on or before either of the time periods specified in Paragraph 2 of the Settlement Agreement, an executed Stipulation for Entry of Judgment substantially in the form attached as Exhibit C may be presented to the Court and shall serve as a legal and binding agreement that judgment be entered against Defendant, and Defendant shall pay the entire amount specified Paragraph 2 of the Settlement Agreement, costs and attorneys fees related to the filing of the executed Stipulation for Entry of Judgment, and any additional amounts allowed pursuant to the Stipulation for Entry of Judgment.

| | | |
|---|---|---|
| DATED: January 10, 2008 | BINGHAM McCUTCHEN LLP | |

By: _____/s/_____
Aaron Schur
Attorneys for Plaintiff J. Carlos Ferguson

ELLIS, COLEMAN, LA VOIE & STEINHEIMER, LLP

By: _____/s/_____
Andrew Steinheimer
Attorneys for Defendant Rockwell Hopp

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: January 10, 2007     BINGHAM McCUTCHEN LLP

By: _____/s/_____
Aaron Schur
Attorneys for Plaintiff J. Carlos Ferguson

IT IS SO ORDERED:

DATED: 1/11/2008

_____*Wayne D. Brazil*_____
United States District Court Judge
Magistrate