1  Beth H. Parker (104773)
   E-Mail: Beth.Parker@aporter.com
2  Aaron Schur (229566)
   E-Mail: Aaron.Schur@aporter.com
3  ARNOLD & PORTER LLP
   275 Battery Street
4  Suite 2700
   San Francisco, California 94111
5  Telephone: 415.356.3000
   Facsimile: 415.356.3099
6
   Attorneys for Plaintiff J. Carlos Ferguson
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 | J. CARLOS FERGUSON,              | Case No.: 06-01619 WDB
13 |              Plaintiff,           | [PROPOSED] ORDER RELEASING
   |                                   | PAINTING AND CANVAS STRIP TO
14 |    vs.                            | PLAINTIFF'S COUNSEL
15 | ROCKWELL HOPP; DOES 1 through 10, |
   | inclusive,                        |
16 |                                   |
   |              Defendants.          |
17

WHEREAS on January 11, 2008, this Court entered an Order, pursuant to the stipulation of the Parties, conditionally dismissing this action ("January 2008 Order") and specifying that "[w]ithin 30 days after Defendant makes full payment pursuant to Paragraph 2 of the Settlement Agreement, Plaintiff shall file a stipulation dismissing this action . . . .";

WHEREAS the January 2008 Order also specified that "the Court shall retain custody of the painting at issue in this action ('Painting B')" until the action was dismissed;

WHEREAS on January 22, 2009, Plaintiff filed a stipulation dismissing this action with prejudice;

WHEREAS the January 2008 Order specified that after the action is dismissed "the Court shall release Painting B, and the canvas strip from Painting B that was received by the Court on July 19, 2007, to Plaintiff's counsel."

IT IS ORDERED that the painting at issue in this action ("Painting B"), and the canvas strip from Painting B that was received by the Court on July 19, 2007, shall be released to Plaintiff's counsel Aaron Schur of Arnold & Porter LLP, or his designee.

IT IS SO ORDERED:

Dated: January 23, 2009

_____
Wayne D. Brazil
United States Magistrate Judge

- 2 -
[PROPOSED] ORDER RELEASING PAINTING AND CANVAS STRIP TO PLAINTIFF'S COUNSEL
06-01619 WDB